UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
NAUTILUS INSURANCE CO.,                                               :
                                                                      :
                            Plaintiff,                                :        21-CV-9525 (JMF)
                                                                      :
            -v-                                                       :        ORDER
                                                                      :
REVITY ENERGY LLC,                                                    :
                                                                      :
                            Defendant.                                :
                                                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties' joint motion to stay the action, *see* ECF No. 19, is GRANTED. In view of the pending motion to dismiss or transfer in the earlier-filed, related litigation before the District of Rhode Island, *see* ECF No. 19, at 1; *Revity Energy LLC v. Nautilus Insurance Co.*, No. 21-CV-00414 (MSM) (LDA), ECF No. 9, the Court sees no reason to keep this case on its active docket. Accordingly, the case is administratively closed **subject to the right of either party to reopen within 21 days of a ruling on the motion in the Rhode Island case**. The Clerk of Court is directed to terminate ECF No. 19 and to administratively close the case.

      SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge